UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD N. FERRERIA,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. 2:21-cv-00264-TLN-KJN<br><br>**ORDER** |

Plaintiff Ronald N. Ferreria ("Plaintiff"), proceeding *pro se*, has filed this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2021 the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 9.) No objections were filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 9) are ADOPTED IN FULL;
2. Defendant's Motion to Dismiss (ECF No. 5) is GRANTED;

1

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice for lack of subject matter jurisdiction; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 3, 2021

Troy L. Nunley
United States District Judge